AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN SOLIS-RESENDEZ | CASE NUMBER: _08CR2145-JAH_ |

    I, <u>JUAN SOLIS-RESENDEZ</u>, the above named defendant, who is accused committing the following offense:

       Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6-26-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

                                  X _____
                                   Defendant

                                  _____
                                   Counsel for Defendant

Before _____
       Judicial Officer

**FILED**

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY